up

ELI LILLY AND COMPANY          :

    Defendant          :

---

UNITED STATES OF AMERICA,      :
ex rel. JAYDEEN VICENTE        :

    Plaintiff          :

    v.          :    CIVIL ACTION NO. 07-1791
                    **(FILED UNDER SEAL)**

ELI LILLY AND COMPANY.         :

    Defendant          :

FILED
JAN 2009
MICHAEL E. KUNZ, Clerk

16

## ORDER

Upon the filing by the United States of its Notice of Intervention (for purposes of settlement and dismissal) in the above actions pursuant to the False Claims Act, 31 U.S.C. § 3730(b)(4),

IT IS ORDERED that,

    1.    The following documents be unsealed:

        A.    Relator Rudolf's Second Amended Complaint filed on August 29, 2007, in Civil Action No. 03-943; Docket No. 38

        B.    Relator Faltaous's Second Amended Complaint filed on July 3, 2006 in Civil Action No. 06-2109; Docket No. 8

        C.    Relator Woodward's Complaint filed on December 19, 2006 in Civil Action No. 06-5526; Docket No. 1

-2-

  D. Relator Vicente's Complaint filed on May 3, 2007 in the Eastern District of Pennsylvania in Civil Action No. 07-1791; Docket No. 1

  E. The Government's Notice of Intervention; and

  F. This Order.

2. All other papers or Orders on file in these matters shall remain under seal; and

3. The seal shall be lifted on all pleadings filed in these actions after the filing of the United States' Notice of Intervention.

IT IS SO ORDERED, this _15_ day of _JANUARY_, 2009.

        BY THE COURT:

        _/s/ Louis H. Pollak_
        HONORABLE LOUIS H. POLLAK
        Senior Judge, United States District Court